Sandor Nagy, appellee, v. Fort Dearborn National Bank, appellant. Gen. No. 28,176.

Suit to recover money paid for the purchase of Hungarian crowns in 1916, and for value thereof according to exchange then prevailing. Judgment for plaintiff with interest. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 31, 1923.

Henry J. Aaron and Charles Aaron, for appellant; Franklin Raber, of counsel. Earl J. Walker, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Italian Vineyard Co., appellee, v. E. E. Walsh, trading as Walsh Transfer Co., appellant. Gen. No. 28,200.

Suit for value of thirteen barrels of wine delivered for storage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 31, 1923. Rehearing denied June 12, 1923.

McArdle & McArdle, for appellant. Wolfsohn & Fireman, for appellee; Harry J. Fireman, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Herbert S. Fuerstenberg, appellee, v. American Alliance Insurance Company, appellant. Gen. No. 28,219.

Suit on automobile insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 31, 1923.

Bates, Hicks & Folonie, for appellant. Shulman, Shulman & Abrams, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

A. Plamondon Mfg. Company, appellee, v. American Die Moulded Castings Company, appellant. Gen. No. 28,154.

Assumpsit for balance claimed for castings specially made, sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 31, 1923.

Eisendrath & Solomon, for appellant. Ryan, Condon & Livingston, for appellee; Walter E. Beebe and David J. Greenberg, of counsel.

Mr. Justice Gridley delivered the opinion of the court.